## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

PALOMAR SPECIALTY INSURANCE
COMPANY

      Plaintiff,

    v.

BERKADIA REAL ESTATE ADVISORS
LLC; JOHNATHAN SMITH; MAGNA
PROPERTIES, INC.; and MIKE ABDALLA

      Defendants.

BERKADIA REAL ESTATE ADVISORS
LLC

      Counterclaim Plaintiff,

    v.

PALOMAR SPECIALTY INSURANCE
COMPANY

      Counterclaim Defendants.

CASE NO. 1:25-cv-01497-MPB-MJD

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Palomar Specialty Insurance Company, Berkadia Real Estate Advisors LLC, Johnathan Smith, Magna Properties Inc. and Mike Abdalla (each, a "Party" and collectively, the "Parties") herby jointly stipulate to the dismissal with prejudice of all claims and counterclaims in this action, with each Party to bear such Party's own attorneys' fees and costs. A proposed Order of Dismissal with Prejudice is submitted herewith.

1

Respectfully submitted,

/s/  Ryan T. Leagre
Gregory M. Gotwald, Atty. No. 24911-49
Ryan T. Leagre, Atty. No. 32050-49
Mary Claire Tuohy, Atty. No. 37997-49
**Plews Shadley Racher & Braun LLP**
1346 N. Delaware St.
Indianapolis, IN 46202-2415
Tel: 317.637.0700
Fax: 317.534.3506
ggotwald@psrb.com
rleagre@psrb.com
mtuohy@psrb.com

*Attorneys for Berkadia Real Estate Advisors LLC*


/s/  Michelle Bracke
Michelle M. Bracke, IL Atty. No. 6224533
Matthew J. Kowals, Atty. No. 28428-71
Scott Wing
LEAHY, EISENBERG & FRAENKEL, LTD.
33 W. Monroe Street, Suite 1100
Chicago, Illinois 60603
(T) 312-368-4554
(F) 312-368-4562
mjk@lefltd.com
mmb@lefltd.com
sw@lefltd.com

*Attorneys for Palomar Specialty Insurance Company*


/s/ Curtis Jones
Curtis T. Jones (Atty. No. 24967-64)
Dakota C. Slaughter (Atty No. 37582-29)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
cjones@boselaw.com
dslaughter@boselaw.com

*Attorneys for Johnathan Smith*

2

/s/  John D. French
Nicholas B. Reuhs (# 31181-49)
John D. French (#37629-53)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2100
nicholas.reuhs@icemiller.com
jd.french@icemiller.com

*Counsel for Magna Properties,*
*Inc. and Mike Abdalla*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 12th day of June, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Ryan T. Leagre*

95986427.v1-OGLETREE