**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| PALOMAR SPECIALTY INSURANCE COMPANY<br><br>     Plaintiff,<br><br>   v.<br><br>BERKADIA REAL ESTATE ADVISORS LLC; JOHNATHAN SMITH; MAGNA PROPERTIES, INC.; and MIKE ABDALLA<br><br>     Defendants.<br><br>BERKADIA REAL ESTATE ADVISORS LLC<br><br>     Counterclaim Plaintiff,<br><br>   v.<br><br>PALOMAR SPECIALTY INSURANCE COMPANY<br><br>     Counterclaim Defendants. | CASE NO. 1:25-cv-01497-MPB-MJD |

## <u>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

This matter, having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and being duly advised hereby ENTERS said Joint Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above-captioned case is hereby dismissed with prejudice with each party to bear such party's own attorneys' fees and costs.

SO ORDERED.

Dated:  June 15, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via e-mail
Generated by the Court's ECF system

95986937.v1-OGLETREE